**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03168-NYW

JOHN DOE,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY,
COLORADO STATE UNIVERSITY BOARD OF GOVERNORS,
JOYCE MCCONNELL, individually and in her official capacity as President of Colorado State University,
LINDY L. HENSON, individually and in her official capacity as Assistant Director of Student Conduct Services at Colorado State University,
DIANA PRIETO, individually and in her official capacities as Vice President for Equity, Equal Opportunity, and Title IX Programs and interim Title IX Coordinator at Colorado State University,
AUDREY SWENSON, individually and in her official capacity as Title IX Investigator at Colorado State University, and
MURRAY OLIVER, individually and in her official capacity as Chair of the Appeal Committee at Colorado State University,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

Magistrate Judge Nina Y. Wang

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**January 19, 2021 at 10:30 a.m.**

via telephone conference. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976#**.

    2. A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The

parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**January 12, 2021**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**January 5, 2021**

4. The parties shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before:

**21 days prior to scheduling conference**

Pursuant to Fed. R. Civ. P. 26(d), no discovery will be deemed served until at least the pre-scheduling conference meeting contemplated by Fed. R. Civ. P. 26(f).

5. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before:

**14 days after the pre-scheduling conference meeting**.

DATED:  November 18, 2020                                        BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge